UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2009 DEC -7 PM 2: 34



| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| Norris Wilson | ) | CASE NO. CR495-00010-003 |

## ORDER

On November 19, 2009, Defendant filed another Motion to Modify or Reduce Sentence Pursuant to 18 U.S.C. § 3582(c). For the same reasons the Court cited in its Order dated April 13, 2009, and after considering the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court **DENIES** Defendant's motion.

**SO ORDERED**, this 7th day of December, 2009.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia